UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEWELL POINDEXTER,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-0770 |
| v. : | (JUDGE MANNION) |
| **SUPT. KEVIN KAUFFMAN, et al.,** : | |
| Defendants : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment, (Doc. 38) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Plaintiff's motion for reconsideration of this Court's June 8, 2020 Order denying Plaintiff's fourth motion for appointment of counsel (Doc. 48) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 31, 2021
19-0770-01-ORDER